910

Opinion by Mr. JUSTICE STAMOS.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JAMES DICKEY, Defendant-Appellant.

(No. 58818;

First District (2nd Division)—May 28, 1974.

Opinion by Mr. JUSTICE DOWNING.

Paul Bradley and Howard B. Augustus, both of the Office of State Appellate Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., Mary Ellen Dienes, and William Linkul, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* FRED DORTCH, Defendant-Appellant.

(No. 57883;

First District (2nd Division)—May 28, 1974.